JS 44 (Rev. 03/24)

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CIVIL COVER SHEET**

*File on Demand*

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
CLARE JACOBS

**DEFENDANTS**
SONY PICTURES ENTERTAINMENT INC.

**(b)** County of Residence of First Listed Plaintiff LOS ANGELES
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant LOS ANGELES
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

In Pro se

Attorneys *(If Known)*

John Miller, Sony Legal Dept.

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x]1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x]4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury - | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability / Product Liability | | | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & / 367 Health Care/ | | **INTELLECTUAL PROPERTY RIGHTS** | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | Slander / Pharmaceutical Personal Injury | | 820 Copyrights | 430 Banks and Banking |
| 151 Medicare Act | 330 Federal Employers' / Product Liability | | 830 Patent | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability / 368 Asbestos Personal | | 835 Patent - Abbreviated New Drug Application | 460 Deportation |
| | 340 Marine / Injury Product | | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| | 345 Marine Product Liability / Liability | | 880 Defend Trade Secrets Act of 2016 | 480 Consumer Credit (15 USC 1681 or 1692) |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | | 485 Telephone Consumer Protection Act |
| 160 Stockholders' Suits | 355 Motor Vehicle / 370 Other Fraud | 710 Fair Labor Standards Act | **SOCIAL SECURITY** | 490 Cable/Sat TV |
| 190 Other Contract | Product Liability / 371 Truth in Lending | 720 Labor/Management Relations | 861 HIA (1395ff) | 850 Securities/Commodities/ Exchange |
| 195 Contract Product Liability | [x]360 Other Personal / 380 Other Personal | 740 Railway Labor Act | 862 Black Lung (923) | 890 Other Statutory Actions |
| 196 Franchise | Injury / Property Damage | [x]751 Family and Medical | 863 DIWC/DIWW (405(g)) | 891 Agricultural Acts |
| | 362 Personal Injury - / 385 Property Damage | Leave Act | 864 SSID Title XVI | 893 Environmental Matters |
| | Medical Malpractice / Product Liability | 790 Other Labor Litigation | 865 RSI (405(g)) | 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | 896 Arbitration |
| 210 Land Condemnation | 440 Other Civil Rights / **Habeas Corpus:** | | 870 Taxes (U.S. Plaintiff or Defendant) | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 220 Foreclosure | 441 Voting / 463 Alien Detainee | | 871 IRS—Third Party 26 USC 7609 | |
| 230 Rent Lease & Ejectment | [x]442 Employment / 510 Motions to Vacate Sentence | | | 950 Constitutionality of State Statutes |
| 240 Torts to Land | 443 Housing/ Accommodations / 530 General | | | |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - / 535 Death Penalty | | | |
| 290 All Other Real Property | Employment / **Other:** | **IMMIGRATION** | | |
| | [x]446 Amer. w/Disabilities - / 540 Mandamus & Other | 462 Naturalization Application | | |
| | Other / 550 Civil Rights | 465 Other Immigration Actions | | |
| | 448 Education / 555 Prison Condition | | | |
| | 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- [x]1 Original Proceeding
- [ ]2 Removed from State Court
- [ ]3 Remanded from Appellate Court
- [ ]4 Reinstated or Reopened
- [ ]5 Transferred from Another District *(specify)*
- [ ]6 Multidistrict Litigation - Transfer
- [ ]8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
TITLE VII, ADA, FMLA
Brief description of cause:
Plaintiff alleges ADA discrimination, Sexual Harassment, FMLA

**VII. REQUESTED IN COMPLAINT:**
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ Gross $ 17.5 million
CHECK YES only if demanded in complaint:
JURY DEMAND: [x]Yes [ ]No

**VIII. RELATED CASE(S) IF ANY**
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE 12-12-24
SIGNATURE OF ATTORNEY OF RECORD *C. Jacobs*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

2:24-CV-10724 FMO (MARx)